# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| United States of America | ) |
|---|---|
| v. | ) |
| Emmanuel Suarez | ) Case No.  4:24 MJ 2330 JSD |
| | ) |
| | ) SIGNED AND SUBMITTED TO THE COURT FOR |
| | ) FILING BY RELIABLE ELECTRONIC MEANS |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 25, 2024__ in the county of __St. Louis City__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18:922(g)(1) | Felon in Possession of a firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

I state under the penalty of perjury that the foregoing is true and correct.

_/s/ Matthew Boester TFO FBI_
*Complainant's signature*

Matthew E. Boester
*Printed name and title*

**Sworn to, attested to, and affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: November 26, 2024

_/s/ Joseph S. Dueker_
*Judge's signature*

City and state: St. Louis, Missouri    Honorable Joseph S. Dueker, U.S. Magistrate Judge
*Printed name and title*