UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | )  No. 4:24CR00633SEP/NCC |
| ANJUAN Q. MOSBY and EMMANUEL SUAREZ, | ) ) ) ) |
| Defendants. | |

## GOVERNMENT'S ENTRY OF APPEARANCE

Comes now Paul D'Agrosa, Assistant United States Attorney and enters his appearance on behalf of the United States in the above cause.

Respectfully submitted,

SAYLER A. FLEMING
United States Attorney

*/s/ Paul J. D'Agrosa*
PAUL D'AGROSA, #36966MO
Assistant United States Attorney
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200

## CERTIFICATE OF SERVICE

A copy of the foregoing was served this 5th day of December, 2024 on all counsel of record, via this Court's electronic case filing system.

/s/ Paul J. D'Agrosa