IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 4:24-CR-00633-SEP-NCC |
| ) | |
| EMMANUEL SUAREZ, ) | |
| ) | |
| Defendant. ) | |

### FIFTH UNOPPOSED MOTION TO CONTINUE DEADLINE FOR FILING PRETRIAL MOTIONS, AND REQUEST TO PROCEED OUT OF TIME

COMES NOW Defendant Emmanuel Suarez, by and through his undersigned counsel of record, and for and in support of his fifth motion to continue the deadline for filings pretrial motions (and request for leave to file out of time), states as follows:

1. The deadline for filing pretrial motions, or the waiver thereof, was yesterday January 20, 2026 (R. Doc. 107).

2. On January 14, 2026, the parties appeared to provide the Court with a status update. The parties in this matter reported that they had met with the U.S. Department of Justice Capital Review Committee virtually on Thursday November 20, 2025. The remains under consideration with that entity. The Office of the United States Attorney was expecting a decision by the C.R.C. within 60-days from January 14, 2026.

3. The decision whether to seek or not seek death in this matter will have a profound impact on pre-trial motions and the timing of the case moving forward.

4. Defendant Suarez suggests that is would be most appropriate to continue the deadline for filing pre-trial motions until after the decision whether to pursue the death penalty has been made by the Department of Justice, or at least for another 60-days.

5. Attorneys for the Government have been consulted regarding this filing and have no objection.

6. This request is being filed after the Court-imposed deadline established in R. Doc. 107, so Defendant seeks leave to file this request out of time.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the deadline for filing pretrial motions be extended for an additional 60-days; up to and including March 19, 2026, and for such further relief as the Court may deem just and proper in the premises.

    Respectfully submitted,

    NEWTON BARTH, L.L.P

By:   */s/ Talmage E. Newton IV*
    Talmage E. Newton IV, MO56647
    talmage@newtonbarth.com
    555 Washington Ave., Ste. 420
    St. Louis, Missouri 63101
    (314) 272-4490 – Office
    (314) 762-6710 – Facsimile

*Attorney for Defendant Suarez*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically served on all parties of record and filed with the court via the court's e-filing System on this 21st day of January, 2026.

                                                          */s/ Talmage E. Newton IV*