# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:24-CR-633-SEP-NCC-2 |
| EMMANUEL SUAREZ, | ) ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that Defendant's fifth motion for additional time to file pretrial motions (ECF No. 121) is **GRANTED.**

**IT IS FURTHER ORDERED** that the defendant is granted to and including **March 19, 2026,** in which to file pretrial motions or a waiver of such motions. The government shall have until **April 2, 2026,** in which to respond to any motions filed by the defendant.

**IT IS FINALLY ORDERED** that the pretrial evidentiary hearing will be set upon further order of the Court.

For the reasons set out in the defendant's motion, as previously ordered (ECF No. 42), and based upon the record, the Court finds this matter continues to be complex as directed in 18 U.S.C. § 3161(h)(7)(B)(ii). Specifically, the Court finds that the instant case is so unusual and so complex due to multiple factors, including the nature of the prosecution, and the nature and volume of discovery. In addition, to deny the motion for additional time would deny counsel for the defendant the reasonable time necessary for effective investigation and preparation of pretrial

motions, taking into account the exercise of due diligence, and that the ends of justice served by granting the parties' motion for additional time outweigh the best interest of the public and defendant to a speedy trial.  18 U.S.C. § 3161(h)(7)(A). The Court finds the ends of justice served by the granting of the instant motion outweigh the best interests of the public and the defendant in a speedy trial.

/s/ Noelle C. Collins
NOELLE C. COLLINS
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of February, 2026.