**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.:  4:24-CR-00633-SEP-NCC |
| | ) | |
| EMMANUEL SUAREZ, | ) | |
| | ) | |
| Defendant. | ) | |

**SIXTH MOTION RELATED TO THE FILING OF PRETRIAL MOTIONS**

**MOTION TO VACATE THE CURRENT DEADLINE FOR FILING PRETRIAL
MOTIONS AND MOTION TO STAY THE SETTING OF NEW LITIGATION
DEADLINES**

COMES NOW Defendant, by and through his undersigned counsel of record, and for and in support of his motion related to the deadline for filings pretrial motions, states as follows:

1.    The current deadline for filing pretrial motions, or the waiver thereof, is March 19, 2026 (R. Doc. 125).

2.    This matter is still being reviewed by the United States Department of Justice regarding the question of whether the United States Attorney General will authorize the death penalty in this case.

3.    Whether the government authorizes the death penalty or not will determine the types and content of pretrial motions to be filed. Until that decision is made, defense counsel cannot adequately determine what motions are appropriate or required.

4.      Additionally, co-defendant Mosby has recently changed legal counsel (R. Doc. 137). Counsel for Suarez would benefit from additional time to meet and collaborate with newly entered counsel.

5.      The United States has been notified that this motion would be filed.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests that the deadline for filing pretrial motions be vacated and that the Court indefinitely stay the setting of any additional deadlines pending a decision by the U.S. Department of Justice on the question of the death penalty; and for such further relief as the Court may deem just and proper in the premises.

Respectfully submitted,

NEWTON BARTH, L.L.P

By:    */s/ Talmage E. Newton IV*
Talmage E. Newton IV, MO56647
talmage@newtonbarth.com
555 Washington Ave., Ste. 420
St. Louis, Missouri 63101
(314) 272-4490 – Office
(314) 762-6710 – Facsimile

*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was electronically served on all parties of record and filed with the court via the court's e-filing System on this 12th day of March, 2026.

*/s/ Talmage E. Newton IV*